**FILED**
TIME:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JUN 20 2006

JAMES BONINI, Clerk
COLUMBUS, OHIO

UNITED STATES OF AMERICA

    VS.                    :      No. CR-2-06-139
                                  JUDGE MARBLEY

ARNOLDO MOLINA, aka
    Arnoldo Rodriguez

## O R D E R

Upon application of the United States Attorney for the Southern District of Ohio and for good cause shown, the Indictment filed in the United States District Court under caption CR-2-06-139 against the named defendant is dismissed pursuant to Rule 48(A) of the Federal Rules of Criminal Procedure.

_____
UNITED STATES DISTRICT JUDGE

June 20, 2006
DATE